

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
  David Bilsker (Bar No. 152383)
  davidbilsker@quinnemanuel.com
  Arthur M. Roberts (Bar No. 275272)
  arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for DSM Dyneema

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DSM DYNEEMA, <br><br>   Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> BAE SYSTEMS TENSYLON H.P. MATERIAL, INC., <br><br>   Defendant and Counterclaim Plaintiff. | Case No. CV 10-5466 EJD <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE** |

Pursuant to Local Rule 6-2, DSM Dyneema and BAE Systems Tensylon H.P. Material, Inc. submit this Stipulation and Proposed Order seeking a continuance of the hearing date and briefing schedule for BAE's pending motion to dismiss.

Whereas, the hearing on BAE's motion to dismiss is now set for May 26, 2011 at 1:30 p.m.;

Whereas, the parties are engaged in productive settlement discussions and believe continuing the hearing date would avoid further litigation expenses and use of judicial resources;

Case No. CV 10-5466 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE

Therefore, it is hereby stipulated and agreed that the hearing date for BAE's motion to dismiss now scheduled for May 26, 2011 will be continued to **August 19, 2011 at 9:00 a.m.** The deadlines for the opposition and reply briefs are adjusted accordingly.

**IT IS SO STIPULATED.**

Dated: April 19, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Karin Kramer[1]
    Karin Kramer
    Attorneys for DSM Dyneema


Dated: April 19, 2011                PERKINS COIE LLP


By /s/ Christopher Kao
    Christopher Kao
    Attorneys for BAE Systems Tensylon H.P. Material, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED.

Dated: ___May 5___, 2011

                                    The Hon. Edward J. Davila
                                    United States District Court Judge

---

[1] In compliance with General Order 45(X)(B), I attest that I received concurrence to file this document from each signatory hereto.

-2-                    Case No. CV 10-5466 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE