```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
KARIN KRAMER (Bar No. 87346)
  karinkramer@quinnemanuel.com
DAVID L. BILSKER (Bar No. 152383)
  davidbilsker@quinnemanuel.com
ARTHUR M. ROBERTS (Bar No. 275272)
  arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

JAMES E. BAKER (pro hac vice application pending)
  jamesbaker@quinnemnauel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100
```

RECEIVED MAY 24 2011

Attorneys for Plaintiff DSM Dyneema

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DSM DYNEEMA,<br><br>           Plaintiff,<br><br>     v.<br><br>BAE SYSTEMS TENSYLON H.P. MATERIAL, INC.,<br><br>           Defendant. | Case No. CV 10-5466 EJD<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JAMES E. BAKER PRO HAC VICE |

James E. Baker, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, 51 Madison Avenue, 22nd Floor, New York, New York 10010, (212) 849-7000, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DSM Dyneema.

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 2 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 3 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 4 | will constitute notice to the party. All future filings in this action are subject to the requirements |
| 5 | contained in General Order No. 45, *Electronic Case Filing*. |
| 6 | DATED: _____June 24_____, 2011 |

_____
Hon. Edward J. Davila
United States District Court Judge