1  Karin Kramer (No. 87346)
   karinkramer@quinnemanuel.com
2  David L. Bilsker (No. 152383)
   davidbilsker@quinnemanuel.com
3  Arthur M. Roberts (No. 275272)
   arthurroberts@quinnemanuel.com
4  QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    415.875.6600
   Facsimile:    415.875.6700
7
   Attorneys for Plaintiff and Counterclaim Defendant
8  DSM Dyneema

9  Eric L. Wesenberg (No. 139696)
   ewesenberg@perkinscoie.com
10 Christopher Kao (No. 237716)
   ckao@perkinscoie.com
11 J. Patrick Corrigan (No. 240859)
   pcorrigan@perkinscoie.com
12 PERKINS COIE LLP
   3150 Porter Drive
13 Palo Alto, CA  94304
   Telephone:    650.838.4300
14 Facsimile:    650.838.4350

15 Attorneys for Defendant and Counterclaim Plaintiff
   BAE SYSTEMS TENSYLON H.P. MATERIAL,
16 INC.

17

IT IS SO ORDERED
Judge Edward J. Davila
6/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DSM DYNEEMA,<br><br>             Plaintiff,<br><br>      v.<br><br>BAE SYSTEMS TENSYLON H.P.<br>MATERIAL, INC.,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 10-5466 EJD<br><br>**JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

-1-                                     STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff and Counterclaim Defendant DSM Dyneema and Defendant and Counterclaim Plaintiff BAE Systems Tensylon H.P. Material, Inc. hereby stipulate that this action and all claims and counterclaims asserted herein are hereby dismissed with prejudice.

Respectfully, submitted on this 23 day of June, 2011.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Karin Kramer
　　　Karin Kramer

Attorneys for DSM DYNEEMA.

**PERKINS COIE LLP**

By: /s/ Christopher Kao[1]
　　　Christopher Kao

Attorneys for BAE SYSTEMS TENSYLON H.P. MATERIAL, INC.

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of the document has been obtained from each signatory hereto.

-2-　　　　STIPULATION OF DISMISSAL